AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fischer, Nora B. | District Court, Western PA | 05/03/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Federal District Court Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Suite 5260, US Post Office & Courthouse
Seventh Avenue & Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Highmark Inc. - salary |
| 2. | 2016 | Self-Employed Consultant |
| 3. | 2016 | University of Pittsburgh - salary |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Other New York Intellectual Property Association | 04/01/2016 - 04/03/2016 | New York, NY | Activity of professional assoc or civic organization | travel, room & meal |
| 3. | American Conference Institute | 07/27/2016 - 07/29/2016 | Chicago, IL | Non-FJC educational seminar or program | travel, room & meal |
| 4. | Academy of Trial Lawyers of Allegheny County | 09/29/2016 - 09/30/2016 | Farmington, PA | Acitvity or professional assoc or civic organization | travel, room & meal |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | PNC Bank accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | | |
| 3. | Qualified Plan #3 | | | | | | | | | |
| 4. | - American Europacific Growth | B | Dividend | L | T | | | | | |
| 5. | - Dodge & Cox Stock | C | Dividend | L | T | | | | | |
| 6. | - Federated Kaufman Small Cap Fund CL A | | None | | | Buy (add'l) | 05/25/16 | J | | |
| 7. | | | | | | Sold | 08/22/16 | L | | |
| 8. | - FPA New Income | B | Dividend | L | T | | | | | |
| 9. | - Fidelity Govt MMK Capital | A | Interest | J | T | | | | | |
| 10. | - Champlain Small Company Fund Adv Cl | B | Dividend | L | T | | | | | |
| 11. | - SouthernSun Small-cap N/C | | None | L | T | Buy (add'l) | 05/25/16 | J | | |
| 12. | -T Rowe Price Real Estate Fund | B | Dividend | K | T | | | | | |
| 13. | - Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 14. | - Virtus Foreign Opportunities Cl A | A | Dividend | L | T | | | | | |
| 15. | - Eaton Vance Floating Rate Advantage Adv | D | Dividend | M | T | Sold (part) | 05/25/16 | J | | |
| 16. | - Loomis Sayles Bond Retail Shares | B | Dividend | L | T | | | | | |
| 17. | - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard Short Term Invmt Grade Investor | B | Dividend | M | T | Sold (part) | 05/25/16 | J | | |
| 19. - Vanguard Short Term Federal | B | Dividend | M | T | Sold (part) | 05/25/16 | J | | |
| 20. - Templeton Global Bond Class A | B | Dividend | K | T | | | | | |
| 21. - FPA Crescent Instl | D | Dividend | M | T | | | | | |
| 22. - Columbia Dividend Opportunity | C | Dividend | M | T | | | | | |
| 23. - Fidelity Advisors New Insights | C | Dividend | L | T | | | | | |
| 24. - Metropolitan West Total Ret - I sh | C | Dividend | L | T | | | | | |
| 25. - MFS Growth I LG | B | Dividend | L | T | | | | | |
| 26. - Thornburg Strategic Inc I | B | Dividend | L | T | | | | | |
| 27. - Westcore International Small Cap RE | C | Dividend | L | T | | | | | |
| 28. - Osterweis Strategic Income | C | Dividend | L | T | | | | | |
| 29. - Diamond Hill Large Cap I | C | Dividend | L | T | | | | | |
| 30. - Aston/Fairpointe Mid Cap Fund CL I | C | Dividend | L | T | | | | | |
| 31. - INVESCO Select Opportunities CL Y | | None | L | T | Buy (add'l) | 05/25/16 | J | | |
| 32. -PIMCO Foreign Bond Fund Hedged | A | Dividend | K | T | | | | | |
| 33. - JP Morgan Total Return Fund-Select | C | Dividend | L | T | | | | | |
| 34. - AMG Timesquare small cap growth | C | Dividend | L | T | Buy | 08/23/16 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Qualified Plan #4 | | | | | | | | | |
| 37. - TIAA Traditional | | None | | | Distributed | 03/02/16 | K | | |
| 38. | | | | | | | | | |
| 39. Qualified Plan #5 | | | | | | | | | |
| 40. - Federated US Govt Sec | B | Dividend | L | T | Sold (part) | 05/02/16 | J | | |
| 41. - PIMCO Foreign Bond | A | Dividend | L | T | Sold (part) | 05/25/16 | J | | |
| 42. - Artisan International | A | Dividend | L | T | | | | | |
| 43. - MFS International New Disc Cl A | B | Dividend | L | T | Buy (add'l) | 05/02/16 | K | | |
| 44. - Fidelity Govt MMKT Capital | A | Dividend | J | T | | | | | |
| 45. - Phoenix Real Estate Value | D | Dividend | K | T | | | | | |
| 46. - Third Avenue Real Estate Value | A | Dividend | K | T | Buy (add'l) | 11/14/16 | J | | |
| 47. - Prime Cap Odyssey Growth Fund | C | Dividend | M | T | Buy (add'l) | 05/02/16 | J | | |
| 48. - Vanguard GNMA | C | Dividend | M | T | | | | | |
| 49. - Van Eck Global Hard Assets Class A | | None | | | Sold | 05/02/16 | J | | |
| 50. - PIMCO Comm Real Return Strat Cl A | | None | | | Sold | 05/02/16 | J | | |
| 51. - IVA Worldwide Fund Cl A | B | Dividend | M | T | Buy (add'l) | 05/02/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Allianz NFJ Dividend Value Instl | C | Dividend | L | T | Sold (part) | 05/02/16 | K | | |
| 53. - Delaware Diversified Income A | C | Dividend | L | T | | | | | |
| 54. -Cullen High Dividend Equity I L | C | Dividend | L | T | Sold (part) | 05/02/16 | K | | |
| 55. - Allianz NFJ Intl Value I LV | B | Dividend | L | T | Buy (add'l) | 05/02/16 | K | | |
| 56. - Oakmark International Small Cap | C | Dividend | L | T | Buy (add'l) | 05/02/16 | K | | |
| 57. - Federated Strategic Income Fd I | C | Dividend | L | T | | | | | |
| 58. - IVY Mid Cap Growth - I | C | Dividend | L | T | Buy (add'l) | 11/14/16 | J | | |
| 59. - Royce Opportunity Inv | | None | | | Buy (add'l) | 05/02/16 | K | | |
| 60. | | | | | Sold | 08/22/16 | L | | |
| 61. - Scout Mid Cap DMC MB | B | Dividend | L | T | Buy (add'l) | 11/14/16 | J | | |
| 62. - Legg Mason BW Global Opportunites Bd I | B | Dividend | L | T | | | | | |
| 63. - Frost Total Return Bond Fund Intl | C | Dividend | M | T | | | | | |
| 64. - FPA New Income | B | Dividend | L | T | | | | | |
| 65. - JP Morgan Advantage Fd Select Class | B | Dividend | M | T | Buy (add'l) | 05/02/16 | K | | |
| 66. - Lord Abbett Short Duration Income Cl A | C | Dividend | L | T | Sold (part) | 05/02/16 | J | | |
| 67. - Virtus Multisector Short Term Bond Cl I | B | Dividend | L | T | Buy (add'l) | 05/02/16 | K | | |
| 68. - Columbia Contrarian Core Fund Cl R4 | B | Dividend | M | T | Buy | 05/02/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 70.    - Guggenheim Floating Rate Strtgs Fd Instl | A | Dividend | L | T | Buy | 10/31/16 | L | | |
| 71.    - SIT U.S. Government Securities | A | Dividend | L | T | Buy | 05/02/16 | L | | |
| 72.    - Thornburg Limited-Term Income Instl | B | Dividend | L | T | Buy | 05/02/16 | L | | |
| 73.    - John Hancock Short Duration Opp Cl I | B | Dividend | L | T | Buy | 05/02/16 | L | | |
| 74.    - MFS Mid Cap Value I | B | Dividend | L | T | Buy | 05/02/16 | L | | |
| 75.    - Dean Small Cap Value No-Load | C | Dividend | L | T | Buy | 08/23/16 | L | | |
| 76.    - Hodges Small Cap Inst | A | Dividend | L | T | Buy | 05/02/16 | L | | |
| 77.    - Voya SmallCap Opportunites I | B | Dividend | L | T | Buy | 05/02/16 | L | | |
| 78. | | | | | | | | | |
| 79.    Qualified Plan #7 | | | | | | | | | |
| 80.    - Marsico Focused Growth Portfolio | | None | | | Distributed | 04/26/16 | M | | |
| 81.    - MFS Inst International Equity Fund | | None | | | Distributed | 04/26/16 | M | | |
| 82.    - Wells Fargo Advan Core Bond R6 | | None | | | Distributed | 04/26/16 | N | | |
| 83.    - BlackRock Russell 2500 IDX NL | | None | | | Distributed | 04/26/16 | M | | |
| 84. | | | | | | | | | |
| 85.    Qualified Plan #8 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Dodge & Cox Stock | C | Dividend | N | T | | | | | |
| 87.   - Harbor High-Yield Bond - Intstl Class | C | Dividend | | | Sold | 10/01/16 | M | | |
| 88.   - GMO International Intrinsic Value - Class III | C | Dividend | | | Sold | 10/01/16 | L | | |
| 89.   - GMO Benchmark-Free Allocation Series - C1 R6 | C | Dividend | N | T | | | | | |
| 90.   - BlackRock Russell 2500 Index NL - C1 F | C | Dividend | M | T | | | | | |
| 91.   - Eaton Vance Parametric Emerging Markets R6 | C | Dividend | | | Sold | 10/01/16 | L | | |
| 92.   - Harbor High Yield Bond - Retirement Class | C | Dividend | M | T | Buy | 10/01/16 | M | | |
| 93.   - MFS Institutional International Equity | C | Dividend | L | T | Buy | 10/01/16 | L | | |
| 94.   - Parametric Emerging Markets Collective Trust | C | Dividend | L | T | Buy | 10/01/16 | L | | |
| 95. | | | | | | | | | |
| 96.   Qualified Plan #9 | | | | | | | | | |
| 97.   - Vanguard Short Term Bond Index Inst Plus | | None | | | Distributed | 10/28/16 | M | | |
| 98. | | | | | | | | | |
| 99.   Mass Mutual Life Insurance Policy | | None | L | T | | | | | |
| 100.  Mass Mutual Life Insurance Policy | | None | M | T | | | | | |
| 101. | | | | | | | | | |
| 102.  HSA #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Bank of America, Cash account | A | Interest | L | T | | | | | |
| 104. | | | | | | | | | |
| 105. Trust #1 | | | | | | | | | |
| 106. - American Fundamental Investors | B | Dividend | L | T | | | | | |
| 107. - T Rowe Price Intl Discovery Fund | A | Dividend | K | T | Buy (add'l) | 02/01/16 | J | | |
| 108. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 109. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 110. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 111. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 112. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 113. - T Rowe Price Real Est Fund | A | Dividend | K | T | | | | | |
| 114. - Thornburg Inv Income Builder | B | Dividend | L | T | | | | | |
| 115. - Tweedy Browne Global Value | | None | | | Sold | 06/29/16 | K | A | |
| 116. - William Blair Int'l Growth Class | | None | | | Sold | 06/29/16 | K | A | |
| 117. - Thornburg Ltd Term Income | A | Dividend | | | Sold | 06/28/16 | K | B | |
| 118. - Fidelity Govt MMKT Capital Reserves | A | Dividend | J | T | | | | | |
| 119. - Franklin Federal Intr Term Tax Free A | A | Dividend | | | Sold | 06/28/16 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - BBH Core Select Fund Cl N | C | Dividend | K | T | | | | | |
| 121. - Vanguard Interm-Term Tax-Ex | B | Dividend | L | T | Buy (add'l) | 06/28/16 | K | | |
| 122. - Pear Tree Polaris Foreign Value Sm Cap Instl | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 123. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 124. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 125. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 126. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 127. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 128. - Thornburg Ltd Term Municipal Fd Cl A | A | Dividend | L | T | Buy (add'l) | 09/13/16 | J | | |
| 129. - Adirondack Small Cap Fund | B | Dividend | K | T | Buy (add'l) | 09/13/16 | J | | |
| 130. - Meridian Small Cap Growth Fd Investor | | None | K | T | | | | | |
| 131. - MFS Mid Cap Value Fund Cl I | A | Dividend | K | T | Buy (add'l) | 09/13/16 | K | | |
| 132. - Vanguard Limited Trm Tax Exempt Inv CL | A | Dividend | K | T | Buy (add'l) | 08/22/16 | J | | |
| 133. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 134. - Voya Midcap Opportunites Cl I | B | Dividend | K | T | Buy (add'l) | 09/13/16 | K | | |
| 135. - Wells Fargo Absolute Return Inst | A | Dividend | K | T | Buy (add'l) | 05/25/16 | J | | |
| 136. | | | | | Buy (add'l) | 09/13/16 | J | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Appleseed Fund - Institutional | A | Dividend | K | T | Buy | 06/26/16 | K | | |
| 138. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 139. - Lord Abbett Intermed Tax Free Fund F | A | Dividend | L | T | Buy | 06/28/16 | L | | |
| 140. - MFS Municipal High Income Fund Cl I | A | Dividend | K | T | Buy | 09/13/16 | K | | |
| 141. - Oppenheimer Intl Growth Fd Y | A | Dividend | K | T | Buy | 07/05/16 | K | | |
| 142. - T Rowe Price Tax Free High Yield | B | Dividend | L | T | Buy | 06/28/16 | L | | |
| 143. - Transamerica Intl Equity Cl I | A | Dividend | K | T | Buy | 07/05/16 | K | | |
| 144. - Vanguard Short Term Tax Exempt Admiral | A | Dividend | L | T | Buy | 06/28/16 | K | | |
| 145. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 146. - Wells Fargo Short Term Muni Bond Instl | A | Dividend | L | T | Buy | 06/28/16 | K | | |
| 147. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 148. - Diamond Hill Long/Shrt Fund Cl I | A | Dividend | K | T | Buy | 06/29/16 | K | | |
| 149. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 150. | | | | | | | | | |
| 151. Qualified Plan #10 | | | | | | | | | |
| 152. -Fidelity Govt MMKT Capital | A | Dividend | J | T | | | | | |
| 153. - Thornburg Global Oppt Fd Instl Cl | A | Dividend | J | T | Buy | 09/07/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Nora B. Fischer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544